UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEWS CORPORATION and
NEWS AMERICA INCORPORATED,

                      Petitioners,

    - against -

BLUE SKY TELEVISION,

                      Respondent.
------------------------------------------------------X

**07 CIV 9424**

Civil Action No.: _____

(SAS)  (AJP)

ECF CASE

## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Petitioners News Corporation, a publicly held company, and News America Incorporated certify that News Corporation, a private, non-governmental party ("News America"), hereby certifies that News Corporation is the ultimate parent corporation of News America.

Dated: New York, New York
        October 22, 2007

                                      MINTZ & GOLD LLP

                                      By: _____
                                      Steven G. Mintz (SM 5428)
                                      Paul Ostensen (PO 2251)
                                      470 Park Avenue South
                                      10th Floor North
                                      New York, New York 10016
                                      Tel. (212) 696-4848
                                      Fax (212) 696-1231
                                      *Attorneys for Petitioners*
                                      *News Corporation and*
                                      *News America Incorporated*