UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 9424

NEWS CORPORATION AND NEWS AMERICA INCORPORATED

, Plaintiff(s)

- against -

BLUE SKY TELEVISION

, Defendant(s)

| | |
|---|---|
| Province of Ontario | ) |
| | ) SS.: |
| Town of York | ) |

### AFFIDAVIT OF SERVICE

Gerry Harvey being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the Province of Ontario. That on 11/02/2007 at 1:40 PM at:

> BLUE SKY TELEVISION, INC.
> 9040 LESLIE STREET
> SUITE 217
> RICHMOND HILL  L4B 3M

Deponent served the:
SUMMONS IN A CIVIL CASE
NOTICE OF PETITION FOR CONFIRMATION OF ARBITRATION AWARD
PETITION FOR CONFIRMATION OF ARBITRATION AWARD
DISCLOSURE STATEMENT UNDER RULE 7.1
MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK
INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN
CIVIL COVER SHEET
on BLUE SKY TELEVISION, INC.
a domestic and/or foreign corporation
by delivering thereat true copies to Julia Smirnova
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 32 HEIGHT: 5'3''   WEIGHT: 125     HAIR: BLONDE     RACE: WHITE     SEX: FEMALE

Gerry Harvey          License #

SWORN TO BEFORE ME 21 November 2007

CORINNE M. RIVERS B.A., LL.B.
NOTARY PUBLIC

OUR DOC# 19797
Mintz & Gold LLP
470 Park Avenue South
10th Fl
New York NY 10016
(212) 696-4848