UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEWS CORPORATION and
NEWS AMERICA INCORPORATED,   :   07 Civ. 9424

                    Petitioners,   :

                                              :   **PETITIONERS' REQUEST**
- against -                           :   **FOR ENTRY OF DEFAULT**

BLUE SKY TELEVISION,   :

                    Respondent.   :
------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed affidavit of Steven G. Mintz and upon all prior papers and proceedings in this action, Petitioners News Corporation and News America Incorporated request an entry of default by the Clerk of the Court against Respondent, Blue Sky Television.

Dated:        New York, New York
               December 5, 2007

                                                    MINTZ & GOLD LLP

                                                    Steven G. Mintz
                                                    470 Park Avenue South
                                                    10th Floor North
                                                    New York, New York 10016
                                                    (212) 696-4848
                                                    *Attorneys for Petitioners*
                                                    *News Corporation &*
                                                    *News America Incorporated*

To:     Blue Sky Television
         Attn: Registered Agent
         9040 Leslie Street, Suite 217
         Richmond Hill, Ontario
         Canada L4B 3M

         Ronald Walker (via email: walkerron1@gmail.com)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
NEWS CORPORATION and
NEWS AMERICA INCORPORATED,          :    07 Civ. 9424

                    Petitioners,      :    **ECF CASE**

   - against -                                   :

BLUE SKY TELEVISION,                        :

                   Respondent.   :
-------------------------------------------------X

<u>Affidavit in Support of Petitioners' Request for Entry of Default</u>

STEVEN G. MINTZ, ESQ. being duly sworn deposes and states the following:

1.  I am a member of Mintz & Gold LLP, counsel to Petitioners News Corporation and News America Incorporated ("Petitioners") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances set forth herein.

2.  I submit this Affidavit in support of the Petitioners' Request for Entry of Default Judgment on the Petition for Confirmation of Arbitration Award, pursuant to Local Civil Rule 55.1.

3.  Respondent, a Canadian corporation, is not an infant, in the military or incompetent.

4.  On November 2, 2007, Petitioners properly served Respondent by personal service on its registered agent located at 9040 Leslie Street, Suite 217, Richmond Hill, Canada L4B 3M. The Affidavit of Service was filed electronically on November 26, 2007.

5.  Respondent has failed to respond or otherwise defend the action, and Respondent's time to do so expired on November 12, 2007.

WHEREFORE, Petitioners respectfully request that the Clerk of the Court issue a certificate of default.

                                                                  _____
                                                                  Steven G. Mintz, Esq.

Sworn to before me this
5 day of Dec, 2007.

_____
Notary Public

PAUL OSTENSEN
Notary Public, State of New York
No. 01OS5083620
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Aug. 18, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEWS CORPORATION and
NEWS AMERICA INCORPORATED,      :    07 Civ. 9424

                 Petitioners,  :

                                 :    **CLERK'S CERTIFICATE**

   - against -

BLUE SKY TELEVISION,

                 Respondent.   :
------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on October 22, 2007 with the filing of the Notice of Petition and the Petition for Confirmation of Arbitration Award, the Notice of Petition and the Petition was served on respondent by personally serving copies thereof by hand to its registered agent located at 9040 Leslie Street, Suite 217, Richmond Hill L4B 3M.

      Proof of such service thereof was electronically filed on November 26, 2007.

      I further certify that the docket entries indicate that the respondent has not filed a response or otherwise moved with respect to the petition herein. The default of the respondent is hereby noted.

Dated: New York, New York
       Dec 6    , 2007

                                               J. MICHAEL MCMAHON
                                               Clerk of the Court

                           By:_____
                                  Deputy Clerk