UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEWS CORPORATION and
NEWS AMERICA INCORPORATED,           :     07 Civ. 9424

                     Petitioners,     :

   - against -                                 :     [PROPOSED] ORDER TO
                                           CONFIRM ARBITRATION AWARD
BLUE SKY TELEVISION,                         :     AND ENTRY OF JUDGMENT

                     Respondent.     :
------------------------------------------------------X

       This action having been commenced on October 22, 2007 by the filing of the Notice of Petition and the Petition for Confirmation of Arbitration Award, and copies of the Notice of Petition and the Petition for Confirmation of Arbitration Award having been personally served on the Respondent on November 2, 2007, and proof of service having been filed on November 26, 2007, and the Respondent having failed to oppose the Petition, and the time for responding to the Petition having expired, it is

       ORDERED, ADJUDGED AND DECREED that the arbitration award is hereby confirmed; and

       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Respondent owes Petitioners the sum certain of $276,190.18, plus pre-judgment interest calculated at a rate of nine percent per annum, from October 21, 2007 to the date of entry of this Order; and

       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Petitioners' application for attorneys' fees, costs and disbursements totaling $18,971.97 is granted; accordingly, the case is closed.

                                                       By the Court:

12/18/07                                         Shira A. Scheindlin
                                               U.S.D.J.